IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, | 1:06-CV-01615-OWW-LJO-P |
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE TO REFLECT THAT OF REGULAR CIVIL CASE |
| vs. | |
| JACK WAGNER, et al., | New Case Number: |
| Defendant. | 1:06-CV-01615-AWI-DLB |

On November 13, 2006, plaintiff Willie Weaver filed the complaint upon which this action proceeds. The Clerk of the Court designated the action as one involving a prisoner litigating the conditions of his confinement at a California state prison. Upon further review by the Court, it has been determined that the present action does not involve conditions of confinement. Therefore, the Clerk of the Court is DIRECTED to change the designation of the present case to reflect that of a regular civil action.

IT IS SO ORDERED.

**Dated:    December 4, 2006**              /s/ Lawrence J. O'Neill
b9ed48                                                UNITED STATES MAGISTRATE JUDGE